IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01390-BNB

JIM NAVARRO,

    Plaintiff,

v.

OTERO COUNTY COMMISSIONER'S OFFICE,
MICHAEL L. NICKLOS, Attorney at Law,
ENGINEER'S OFFICE LAND USE ADMINISTRATOR,
GLENDA SINGLETON, County Employee, and
CHRIS JOHNSON, Otero County Sheriff's Office,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Jim Navarro, currently resides in Rocky Ford, Colorado. Mr. Navarro, acting *pro se*, initiated this action by submitting a Civil Rights Complaint to the Court. On June 15, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Navarro to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Navarro to submit his claims on a Court-approved Complaint form and to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or pay the filing fee in advance. Mr. Navarro was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Navarro now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this __22nd__ day of __July__, 2010.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01390-BNB

Jim Navarro
P.O. Box 503
Rocky Ford, CO 81067

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on __7|23|10__

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk