IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01390-ZLW

JIM NAVARRO,

        Plaintiff,

v.

OTERO COUNTY COMMISSIONER'S OFFICE,
MICHAEL L. NICKLOS, Attorney at Law,
ENGINEER'S OFFICE LAND USE ADMINISTRATOR,
GLENDA SINGLETON, County Employee, and
CHRIS JOHNSON, Otero County Sheriff's Office,

        Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

Plaintiff submitted a Notice of Appeal on December 10, 2010. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
      <u>X</u>   is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u>X</u>   is not submitted
      <u>  </u>   is not on proper form (must use the court's current form)
      <u>  </u>   is missing original signature by plaintiff/petitioner on motion
      <u>  </u>   is missing affidavit
      <u>  </u>   affidavit is incomplete
      <u>  </u>   is missing original signature by plaintiff/petitioner on affidavit
      <u>  </u>   affidavit is not notarized or is not properly notarized
      <u>  </u>   other<u>                              </u>

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 15th day of December, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*

SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO